UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-24440-RNS

ARANTZA CASTRO,

      Plaintiff,

vs.

RA SUSHI HOLDING CORP.,
a Foreign Profit Corporation
D/B/A RA SUSHI BAR RESTAURANT

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, ARANTZA CASTRO and the Defendant, RA SUSHI HOLDING CORP., a Foreign Profit Corporation, d/b/a RA SUSHI BAR RESTAURANT, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against RA SUSHI HOLDING CORP., a Foreign Profit Corporation, d/b/a RA SUSHI BAR RESTAURANT; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.  The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

      RESPECTFULLY SUBMITTED March 20, 2025.

| | |
|---|---|
| By: **/s/ Richard J. Adams** | By: **/s/ Justin C. Sorel** |
| Richard J. Adams, Esq. | Justin C. Sorel, Esq. |
| Florida Bar No.: 770434 | Florida Bar No: 0016256 |
| Adams & Associates, P.A. | Cole, Scott & Kissane, P.A. |
| 6500 Cowpen Road, Suite 101 | 222 Lakeview Avenue, Suite 500 |
| Miami Lakes, FL 33014 | West Palm Beach, Florida 33401 |
| Telephone: (786) 290-1963 | Email: justin.sorel@csklegal.com |
| Facsimile: (305) 824-3868 | Telephone: 561-383-9229 |
| Email: radamslaw7@gmail.com | Fax: 561-683-8977 |
| Attorney for Plaintiff | Attorney for Defendant |

By: **/s/ Diego German Mendez**

Diego German Mendez, Esq.
Florida Bar No.: 52748
Mendez Law Offices, PLLC
P.O. Box 228630
Miami, FL 33172
Telephone: (305) 264-9090
Facsimile: (305) 809-8474
Email: info@mendezlawoffices.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Richard J. Adams**
**Richard J. Adams, Esq.**